E-FILED
Monday, 15 June, 2020  06:11:19 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

GRACE GILFILLAN,

        *Plaintiff*,

    v.

BRADLEY UNIVERSITY,

        *Defendant*.

Case No.:  1:18-cv-01297-MMM-TSH

### <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff in the above named case, Grace Gilfillan, hereby appeals to the United States Court of Appeals for the Seventh Circuit from Judge Mihm's Memorandum Opinion and Order Granting in Part and Denying in Part Defendant Bradley University's Motion for Summary Judgment [Docket No. 30] and Judgment in a Civil Case [Docket No. 31], entered in this action on May 19, 2020.

DATED this 15th day of June, 2020.

        Respectfully submitted,

        **THE BACH LAW FIRM, LLC**

        By    */s/ Jason J. Bach*
          Jason J. Bach, Attorney No. 7984
          7881 W. Charleston Blvd., Suite 165
          Las Vegas, Nevada 89117
          Telephone:  (702) 925-8787
          Facsimile: (702) 925-8788
          Email:  jbach@bachlawfirm.com
          *Attorney for Plaintiff Grace Gilfillan*

## <u>CERTIFICATE OF SERVICE</u>

I, Jason J. Bach, hereby certify that on June 15, 2020, I caused the foregoing ***Notice of Appeal*** to be filed electronically with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all parties of record.

By *_/s/ Jason J. Bach_____*
JASON J. BACH